## Commonwealth v. Sweeney, Appellant.

OPINION BY ORLADY, J., March 1, 1912:

For the reasons given in the opinion filed in Com. v. Thomas J. Duffy, ante, p. 346, the judgment in this case . is reversed and a new trial awarded.